UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

                v.                              Case No. 08-cr-166-01-SM

<u>Maureen Blake</u>,
    Defendant

<u>O R D E R</u>

Defendant Blake's motion to continue the trial is granted (document no. 9). Trial has been rescheduled for the month of June 2009. Defendant Blake shall file a waiver of speedy trial rights not later than March 13, 2009. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for June 5, 2009 at 10:30 a.m.

Jury selection will take place on June 16, 2009 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                           Chief Judge

March 5, 2009

cc:   Bruce Kenna, Esq.
       Don Feith, AUSA
       U.S. Marshal
       U.S. Probation